AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| BILLIE FAYE KEYES, JOSHUA ALLEN, COURTNEY RENA FORTUNE, KARLI FORD MATTHEWS AND SHELTON S. MATTHEWS <br><br> *Plaintiff(s)* <br> v. <br> PHILIP GUNN, MARK BAKER, RICHARD BENNETT, CHARLES JIM BECKETT, BILL DENNY, and THE MISSISSIPPI HOUSE OF REPRESENTATIVES <br><br> *Defendant(s)* | Civil Action No. 3:16cv 228 CwR-LRA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Philip Gunn
c/o The Mississippi House of Representatives
400 High Street
Jackson, MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John G. Corlew (jcorlew@cmslawyers.com)
Corlew Munford & Smith PLLC
Post Office Box 16807
Jackson, MS 39236-6807

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: MAR 3 0 2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF MISSISSIPPI

BILLIE FAYE KEYES, JOSHUA ALLEN, COURTNEY RENA FORTUNE, KARLI FORD MATTHEWS AND SHELTON S. MATTHEWS

*Plaintiff(s)*

v.

PHILIP GUNN, MARK BAKER, RICHARD BENNETT, CHARLES JIM BECKETT, BILL DENNY, and THE MISSISSIPPI HOUSE OF REPRESENTATIVES

*Defendant(s)*

Civil Action No. 3:16 cv 228 CWR-LRA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Mark Baker
c/o The Mississippi House of Representatives
400 High Street
Jackson, MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John G. Corlew (jcorlew@cmslawyers.com)
Corlew Munford & Smith PLLC
Post Office Box 16807
Jackson, MS 39236-6807

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: MAR 3 0 2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF MISSISSIPPI

BILLIE FAYE KEYES, JOSHUA ALLEN, COURTNEY RENA FORTUNE, KARLI FORD MATTHEWS AND SHELTON S. MATTHEWS

*Plaintiff(s)*

v.

PHILIP GUNN, MARK BAKER, RICHARD BENNETT, CHARLES JIM BECKETT, BILL DENNY, and THE MISSISSIPPI HOUSE OF REPRESENTATIVES

*Defendant(s)*

Civil Action No. 3:16cv228 CWR-LRA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Richard Bennett
c/o The Mississippi House of Representatives
400 High Street
Jackson, MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John G. Corlew (jcorlew@cmslawyers.com)
Corlew Munford & Smith PLLC
Post Office Box 16807
Jackson, MS 39236-6807

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: MAR 3 0 2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF MISSISSIPPI

BILLIE FAYE KEYES, JOSHUA ALLEN, COURTNEY RENA FORTUNE, KARLI FORD MATTHEWS AND SHELTON S. MATTHEWS

*Plaintiff(s)*

v.

PHILIP GUNN, MARK BAKER, RICHARD BENNETT, CHARLES JIM BECKETT, BILL DENNY, and THE MISSISSIPPI HOUSE OF REPRESENTATIVES

*Defendant(s)*

Civil Action No. 3:16 cv 228 CWR-LRA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Charles Jim Beckett
c/o The Mississippi House of Representatives
400 High Street
Jackson, MS  39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John G. Corlew (jcorlew@cmslawyers.com)
Corlew Munford & Smith PLLC
Post Office Box 16807
Jackson, MS  39236-6807

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: MAR 3 0 2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF MISSISSIPPI

BILLIE FAYE KEYES, JOSHUA ALLEN, COURTNEY RENA FORTUNE, KARLI FORD MATTHEWS AND SHELTON S. MATTHEWS

*Plaintiff(s)*

v.

PHILIP GUNN, MARK BAKER, RICHARD BENNETT, CHARLES JIM BECKETT, BILL DENNY, and THE MISSISSIPPI HOUSE OF REPRESENTATIVES

*Defendant(s)*

Civil Action No. 3:16 cv 228 CWR-LRA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Bill Denny
c/o The Mississippi House of Representatives
400 High Street
Jackson, MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John G. Corlew (jcorlew@cmslawyers.com)
Corlew Munford & Smith PLLC
Post Office Box 16807
Jackson, MS 39236-6807

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: MAR 3 0 2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| BILLIE FAYE KEYES, JOSHUA ALLEN, COURTNEY RENA FORTUNE, KARLI FORD MATTHEWS AND SHELTON S. MATTHEWS <br><br> *Plaintiff(s)* <br> v. <br><br> PHILIP GUNN, MARK BAKER, RICHARD BENNETT, CHARLES JIM BECKETT, BILL DENNY, and THE MISSISSIPPI HOUSE OF REPRESENTATIVES <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:16 cv 228 CWR-LRA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Clerk for The Mississippi House of Representatives
400 High Street
Jackson, MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John G. Corlew (jcorlew@cmslawyers.com)
Corlew Munford & Smith PLLC
Post Office Box 16807
Jackson, MS 39236-6807

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
*CLERK OF COURT*

Date: MAR 3 0 2016

*Signature of Clerk or Deputy Clerk*