IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

BILLIE FAYE KEYES, *et al.*                                          PLAINTIFFS

v.                                               CIVIL ACTION NO.  3:16cv228-CWR-LRA

PHILIP GUNN, *et al.*                                                DEFENDANTS

## ORDER STAYING DISCOVERY

A Motion to Compel Arbitration/Immunity Defense Motion or Jurisdictional

Defense Motion [Docs. 4, 6 and 8] have been filed herein.  Rule 16(b)(3)(B) of the Local

Uniform Civil Rules for the Northern and Southern Districts of Mississippi provides

> Filing a motion to compel arbitration, an immunity defense or jurisdictional
> defense motion stays the attorney conference and disclosure requirements and
> all discovery not related to the issue pending the court's ruling on the motion,
> including any appeal.

All matters related to the motion to compel arbitration, immunity defense motion

or jurisdictional defense motion, dispositive and nondispositive, shall be submitted to the

District Judge assigned to this case unless otherwise directed by the referral of specific

issues to the Magistrate Judge for resolution or recommendation.

Counsel for the moving party shall promptly notify the Magistrate Judge of the

entry of any order denying the motions.  A telephonic case management conference shall

be scheduled within sixty (60) days thereafter.  If the have not received notice of a case

management conference within thirty (30) days of the entry of the order denying the

motion, counsel should bring this to the Court's attention via e-mail.

ORDERED May 11, 2016.

                              /s/Linda R. Anderson
                           LINDA R. ANDERSON
                       UNITED STATES MAGISTRATE JUDGE