UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**BILLIE FAYE KEYES, JOSHUA ALLEN,
COURTNEY RENA FORTUNE, KARLI FORD
MATTHEWS AND SHELTON S. MATTHEWS**                               **PLAINTIFFS**

**V.**                                            **CIVIL ACTION NO. 3:16cv228-CWR-LRA**

**THE MISSISSIPPI HOUSE OF REPRESENTATIVES**                         **DEFENDANT**

---

**UNOPPOSED MOTION FOR ADDITIONAL
TIME TO RESPOND TO MOTIONS TO DISMISS**

---

COME NOW Plaintiffs and file this unopposed motion for additional time to file replies to three pending Motions to Dismiss and set response date for Defendants' rebuttal memoranda and would show unto the Court as follows:

1. On May 10, 2016 the Defendants responded to Plaintiffs' Complaint by filing three separate Motions to Dismiss: (1) Motion to Dismiss for Lack of Jurisdiction; (2) Motion to Dismiss for Failure to State a Claim on the Basis of Immunity; and (3) Motion to Dismiss for Failure to State a Claim.

2. Counsel for Plaintiffs and Defendants have conferred and Defendants to not oppose Plaintiffs' request for additional time to respond to each of the three motions until June 15, 2016;

3. Plaintiffs and Defendants also agree that Defendants shall have until July 13, 2016 to file any rebuttal memoranda in support of the motions to dismiss.

WHEREFORE, Plaintiffs move for additional time to respond to the Defendants' Motions to Dismiss until June 15, 2016, and that Defendants be allowed until July 13, 2016 to file rebuttal memoranda in support of their motions.

DATED: May 23, 2016.

        Respectfully submitted,

        BILLIE FAYE KEYES, JOSHUA ALLEN,
        COURTNEY RENA FORTUNE, KARLI FORD
        MATTHEWS AND SHELTON S. MATTHEWS

        BY: /s/  *John G. Corlew*
            JOHN G. CORLEW

John G. Corlew (MSB # 6526)
CORLEW MUNFORD & SMITH PLLC
4450 Old Canton Road; Suite 111 (39211)
Post Office Box 16807
Jackson, MS 39236-6807
Telephone: 601-366-1106
Facsimile: 601-366-1052
jcorlew@cmslawyers.com

## CERTIFICATE OF SERVICE

I, John G. Corlew, hereby certify that I electronically filed the foregoing with the Clerk of Court using the ECF system which will automatically send email notification of such filing to the following:

    Michael B. Wallace
    mbw@wisecarter.com

DATED: May 23, 2016.

        /s/ *John G. Corlew*
          JOHN G. CORLEW