## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**BILLIE FAYE KEYES, et al.**                                                                 **PLAINTIFFS**

**V.**                                            **CIVIL ACTION NO. 3:16cv228 CWR-LRA**

**PHILIP GUNN, et al.**                                                                 **DEFENDANTS**

## ENTRY OF APPEARANCE FOR T. RUSSELL NOBILE

T. Russell Nobile of Wise Carter Child & Caraway, P.A., hereby enters his appearance as counsel of record for Defendants Phillip Gunn, Mark Baker, Richard Bennett, Charles Jim Beckett, Bill Denny, and The Mississippi House of Representatives in the above styled cause.

May 24, 2016

                                              Respectfully submitted,

                                              BY: */s/ Russ Nobile*
                                              T. Russell Nobile (MS Bar No. 100682)
                                              WISE CARTER CHILD & CARAWAY, P.A.
                                              1105 30th Avenue, Suite 300
                                              Gulfport, Mississippi 39501
                                              (228) 867-7141
                                              trn@wisecarter.com
                                              ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

  I, T. Russell Nobile, hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel of record.

May 24, 2016

        BY: */s/ Russ Nobile*
           T. Russell Nobile (MS Bar No. 100682)
           WISE CARTER CHILD & CARAWAY, P.A.
           1105 30th Avenue, Suite 300
           Gulfport, Mississippi 39501
           (228) 867-7141
           trn@wisecarter.com