UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

BILLIE FAYE KEYES, JOSHUA ALLEN,
COURTNEY RENA FORTUNE, KARLI FORD
MATTHEWS AND SHELTON S. MATTHEWS                                PLAINTIFFS

V.                                          CIVIL ACTION NO. 3:16cv228-CWR-LRA

PHILIP GUNN, ET AL.                                              DEFENDANT

### ORDER GRANTING ADDITIONAL TIME TO RESPOND TO MOTIONS TO DISMISS

This matter coming on for hearing before the Court on the Unopposed Motion of the Plaintiffs for additional time to respond to Defendants' Motions to Dismiss for Lack of Jurisdiction, for Failure to State a Claim on the Basis of Immunity and for Failure to State a Claim, and the Court having duly considered same,

IT IS HEREBY ORDERED that Plaintiffs shall have additional time until June 27, 2016 to respond to each of the motions to dismiss; and

IT IS FURTHER ORDERED that Defendants shall have until July 25, 2016 to file rebuttal memoranda in support of the motions to dismiss.

**SO ORDERED**, this the 13th day of June, 2016.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE