UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

BILLIE FAYE KEYES, JOSHUA ALLEN,
COURTNEY RENA FORTUNE, KARLI FORD
MATTHEWS AND SHELTON S. MATTHEWS                    PLAINTIFFS

V.                                  CIVIL ACTION NO. 3:16cv228-CWR-LRA

PHILIP GUNN, ET AL                                  DEFENDANTS

PLAINTIFFS' RESPONSE TO DEFENDANTS'
MOTION TO DISMISS FOR FAILURE TO STATE
A CLAIM ON THE BASIS OF IMMUNITY(DKT # 6)

Come now Plaintiffs in the above styled and numbered cause and respond to the Defendants' Motion to Dismiss for Failure to State a Claim on the Basis of Immunity (Dkt # 6), oppose that motion, and would show unto the Court as follows:

1.      The United States Supreme Court did not allow the Georgia House of Representatives to refuse to seat Julian Bond because of exercise of his First Amendment right to free speech. *Bond v. Floyd*, 385 U. S. 116, 137 (1966).  The Mississippi House of Representatives does not have legislative immunity to violate Plaintiffs' constitutional right to vote.  Federal courts are not impotent to act in the face of violation of federal constitutional rights under the Supremacy Clause.  The Mississippi House of Representatives, its Speaker and the four members of its Special Committee are not cloaked with immunity to violate the federal constitution.

2. For the reasons set forth in Plaintiffs' Combined Memorandum in Response to Defendants' Motions to Dismiss, the Defendants are not entitled to claim legislative immunity for the actions complained of in Plaintiffs' Complaint. See Memorandum, Section IV, Legislative Immunity.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that the Court dismiss Defendants Motion to Dismiss for Failure to State a Claim on the Basis of Immunity.

DATED: June 27, 2016.

> Respectfully submitted,
>
> BILLIE FAYE KEYES, JOSHUA ALLEN,
> COURTNEY RENA FORTUNE, KARLI FORD
> MATTHEWS AND SHELTON S. MATTHEWS
>
> BY: /s/ *John G. Corlew*
> JOHN G. CORLEW

John G. Corlew (MSB # 6526)
CORLEW MUNFORD & SMITH PLLC
4450 Old Canton Road; Suite 111 (39211)
Post Office Box 16807
Jackson, MS 39236-6807
Telephone: 601-366-1106
Facsimile: 601-366-1052
jcorlew@cmslawyers.com

William R Ruffin
Attorney at Law
12 N Third St Bay Springs, MS (39422-9798)
Post Office Box 565
Bay Springs, MS 39422-0565
Telephone: 601-764-4555
Facsimile: 601-764-2234
attywrr@bayspringstel.net

**CERTIFICATE OF SERVICE**

  I, John G. Corlew, hereby certify that I electronically filed the foregoing with the Clerk of Court using the ECF system which will automatically send email notification of such filing to the following:

    Michael B. Wallace
    mbw@wisecarter.com

  DATED: June 27, 2016.

          /s/ *John G. Corlew*
          JOHN G. CORLEW