## Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001



October 29, 2018

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Billie Faye Keyes, et al.
v. Philip Gunn, et al.
No. 18-341
(Your No. 17-60097)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk