# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

October 29, 2018

Mr. Arthur S. Johnston III  
Southern District of Mississippi, Jackson  
United States District Court  
501 E. Court Street  
Suite 2.500  
Jackson, MS 39201

    No. 17-60097    Billie Keyes, et al v. Philip Gunn, et al  
                         USDC No. 3:16-CV-228

Dear Mr. Johnston,

Enclosed is a copy of the Supreme Court order denying certiorari.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _/s/ Stacy Carpenter_  
                Stacy M. Carpenter, Deputy Clerk