# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**BILLIE FAYE KEYES, ET AL.**                                         **PLAINTIFFS**

**V.**                                    **CAUSE NO. 3:16-CV-228-CWR-LRA**

**PHILIP GUNN, ET AL.**                                           **DEFENDANTS**

## FINAL JUDGMENT

For the reasons stated in *Keyes v. Gunn*, 890 F.3d 232 (5th Cir. 2018), this case is dismissed for lack of subject matter jurisdiction.

**SO ORDERED**, this the 30th day of October, 2018.

                                                             s/ Carlton W. Reeves
                                                             UNITED STATES DISTRICT JUDGE